

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| William Eggemeyer, Diane Eggemeyer, Bo Eggemeyer, and Sharyland Distribution & Transmission Services, LLC, | § | No. 08-19-00002-CV |
| | § | Appeal from the |
| Appellants, | § | 112th District Court |
| v. | § | of Reagan County, Texas |
| Charles Jackson Hughes, | § | (TC# 1855) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS Corina Lozano's request for an extension of time within which to file the Reporter's Record until **July 27, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Corina Lozano, Official Court Reporter for the 112th District Court for Reagan County, Texas, prepare the Reporter's Record and forward the same to this Court on or before July 27, 2019.

IT IS SO ORDERED this 2nd day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.